UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D- 9 CLARENCE HENRY COHEN,

    Defendant.
                                 /

Case No. 09-20326

Honorable Nancy G. Edmunds

## OPINION AND ORDER DETERMINING DRUG AMOUNT AND LEADERSHIP ENHANCEMENT

At a hearing held on January 19, 2011, the Court heard testimony from Salina Carter, Shawntea Brown, and agent Terry Schimke. The Court also received a proffer by the Government of witness Gary Bryant, who was unavailable to testify in person.

Ms. Carter, Ms. Brown, and Mr. Bryant all stated that their drug-related activities were directed by Defendant Clarence Cohen, and that he "called the shots" on the drug conspiracy. All testified to multiple instances of being present (or actively participating) when Mr. Cohen was cooking powder cocaine into crack. All testified to making multiple deliveries of controlled substances at Mr. Cohen's request, at least in the following amounts:

    Ms. Carter: 1 kg
    Ms. Brown: 2 kg
    Mr. Bryant: 4 kg

The Court also heard five phone conversations involving Mr. Cohen:

    TT1 Session 7581
    TT2 Session 3027
    TT1 Session 7807
    TT1 Session 8092
    TT2 Session 5486

And the Court reviewed summaries of over twenty additional calls related to the distribution of controlled substances.

Based on the foregoing, the court finds Defendant Clarence Cohen responsible for at least 4 KG's of crack cocaine and 2 KG of powder. The Court further finds that he maintained a leadership position in the cocaine distribution operation.


    s/Nancy G. Edmunds
    Nancy G. Edmunds
    United States District Judge

Dated: February 17, 2011


I hereby certify that a copy of the foregoing document was served upon counsel of record on February 17, 2011, by electronic and/or ordinary mail.

    s/Carol A. Hemeyer
    Case Manager