**Federal Criminal Attorneys of Michigan**
**Stefanie Lambert, Esq.**
**500 Griswold Street, Ste. 2340**
**Detroit, MI 48226**

October 30, 2020

Warden
FCI TERRE HAUTE
4200 Bureau Road North
Terre Haute, IN 47808

      RE:   CLARENCE COHEN, Registration Number 43732-039
              Compassionate Release/Reduction in Sentence: 18 U.S.C. §
              3582(c)(1)(A) and 4205(g)
              **COVID-19 PANDEMIC**

Dear Warden,

    I am currently assisting CLARENCE COHEN with a petition and request for Compassionate Release/Reduction in Sentence pursuant to 18 U.S.C. § 3582(c)(1)(A) and 4205(g). Please let this letter serve as an additional request on his behalf for his Petition for Compassionate Release/Reduction in Sentence.

    Mr. Clarence Cohen was admitted to your facility following sentencing, and is has understandable concerns about contracting COVID-19. Mr. Clarence Cohen is prepared to begin supervised release, wear a tether, serve his sentence confined to his home.

    On October 21, 2010, Mr. Clarence Cohen pled guilty to Conspiracy to Possess with Intent to Distribute and to Distribute Cocaine in violation of 21 U.S.C. §§841, 846.

    Mr. Clarence Cohen was sentenced to a total term of 264 months, and has a release date of October 21, 2026.

    Mr. Clarence Cohen has numerous medical conditions as a result of a bullet penetrating his lung. His medical records reflect both lung and liver complications.

The medical records specifically state Mr. Cohen has bullet fragments in the region of the left clavicle, and the right chest cavity with bilateral pleural effusions (water on the lungs) injury to the lateral segment of the left lobe of the liver with hemoperitoneum, respiratory complications. (See Exhibit1). These injuries and medical conditions make Mr. Cohen more susceptible to a severe form or deadly complications should he contract COVID-19.

In addition to increased susceptibility to a severe form of COVID-19 due to his underlying medical injuries and conditions, Mr. Cohen is at an increased risk of severe or deadly complications if he should contract COVID-19. Doctors are warning the public that young people in their 30's and 40's are testing positive for COVID-19, and dying of strokes. The medical community is perplexed by this data since most of these young people showed no signs or symptoms of COVID-19 prior to stoke. *Young and middle-aged people, barely sick with covid-19, are dying of strokes,* The Washington Post, (April 25, 2020), https://www.washingtonpost.com/health/2020/04/24/strokes-coronavirus-young-patients/.

Mr. Clarence Cohen has a plan for housing and employment should he be released.

If you need any additional information or would like to discuss this further, do not hesitate to contact me directly. Thank you for your consideration and attention to this matter.

Very truly yours,

/s/ Stefanie L. Lambert

Stefanie Lambert, Esq.
Federal Criminal Attorneys of Michigan