# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

       Plaintiff

                   HON. NANCY G. EDMUNDS
                   CASE NO.: 2:09-CR-20326 vs.

CLARENCE COHEN

       Defendant.
_____/

JOHN N. O'BRIEN, II
Office of the U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9715
Email: john.obrien@usdoj.gov

SANFORD A. SCHULMAN
Attorney for Defendant
       CLARENCE COHEN
500 Griswold Street, Ste. 2340
Detroit, MI 48226 (313)
963-4740
saschulman@comcast.net

STEFANIE LAMBERT JUNTTILA
Attorney for Defendant
       CLARENCE COHEN
500 Griswold Street, Ste. 2340
Detroit, MI 48226 (313) 963-4740
attorneystefanielambert@gmail.com
_____/

**DEFENDANT CLARENCE COHEN'S EX PARTE MOTION TO SEAL MEDICAL RECORDS**

Now comes Clarence Cohen, by his attorneys, Stefanie Lambert Junttila, and Sanford A. Schulman, and respectfully requests this Court allow him to file his medical records, exhibits supporting his Motion to Reduce Sentence, under seal for the reason that this medical information about Mr. Cohen should remain confidential from the public.

FOR THESE REASONS, it is requested that Mr. Cohen be allowed to file medical records under seal.

Respectfully submitted,

/s/ Stefanie Lambert Junttila
Stefanie Lambert Junttila
Attorney for the Defendant
500 Griswold Street, Ste. 2340
Detroit, MI 48226
(313) 963-4740
Email: attorneystefanielambert@gmail.com

Dated: December 9, 2020

## CERTIFCATE OF SERVICE

I, Stefanie Lambert Junttila, attorney at law, certify that on December 9, 2020, I caused a copy of this Motion to be served upon the Court under seal through the Utilities option.

/s/ Stefanie Lambert Junttila
Stefanie Lambert Junttila
Attorney for the Defendant
500 Griswold Street, Ste. 2340
Detroit, MI 48226
(313) 963-4740
Email: attorneystefanielambert@gmail.com

# ORDER GRANTING PERMISSION TO FILE MEDICAL RECORDS UNDER SEAL

Defendant, Antonio Simmons, having filed an Ex-Parte Motion to Seal medical records, and the Court having been duly advised of the premises;

IT IS HEREBY ORDERED that the motion is GRANTED.

/s/ Hon. Nancy G. Edmunds
United States District Judge

Date: October 28, 2020