UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

Plaintiff,

v.                                                    Case No. 2:09–cr–20326–NGE–VMM
                                                      Hon. Nancy G. Edmunds

Clarence Henry Cohen, et al.,

Defendant(s),

_____

**NOTICE OF DETERMINATION OF MOTION
WITHOUT ORAL ARGUMENT**

The following motion(s) have been filed:

Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Nancy G. Edmunds *without* oral argument.

- RESPONSE DUE:  January 4, 2021

Courtesy copies are not required.

Motion will be decided by the briefs unless otherwise ordered by the Court.

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

By: s/L. Bartlett_____
Case Manager

Dated:  December 10, 2020