From: **Stefanie Lambert** attorneystefanielambert@gmail.com 
Subject: Inmate Clarence Cohen
Date: November 2, 2020 at 8:10 AM
To: THA-ExecAssistant@bop.gov

Dear Warden,

Please be advised that I represent Clarence Cohen, an inmate at your facility. I have attached Mr. Cohen's request, through counsel, for home confinement/compassionate release.

Please let me know if you have any questions.

Best regards,

Stefanie Lambert, Esq.
Federal Criminal Attorneys of Michigan

 

Letter to          Clarence Cohen
Warde...en.pdf     Exhibit...tter.pdf