UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CLARENCE HENRY COHEN (D-9),

    Defendant.

_____/

Case No. 09-20326

Honorable Nancy G. Edmunds

**ORDER DENYING DEFENDANT'S MOTION [589]**

This matter is before the Court on Defendant's motion to hold his emergency motion for compassionate release in abeyance until thirty days have lapsed from the date his administrative request for release was submitted to the warden at his facility. (ECF No. 589.) The Court, however, has already issued an order denying Defendant's motion for compassionate release.[1] (*See* ECF No. 588.) Accordingly, Defendant's motion is DENIED as moot. The Court notes that because Defendant's motion for compassionate release was denied *without* prejudice, Defendant may refile his motion once he has satisfied the exhaustion requirement.

    SO ORDERED.

                        s/Nancy G. Edmunds
                        Nancy G. Edmunds
                        United States District Judge

Dated: January 15, 2021

---

[1] While Defendant's present motion was filed on January 4, 2021, it was not entered on the docket until January 14, 2021. The Court issued its opinion and order denying Defendant's motion for compassionate release on January 12, 2021.

1

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 15, 2021, by electronic and/or ordinary mail.

s/Lisa Bartlett<br>Case Manager