UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CLARENCE HENRY COHEN (D-9),

    Defendant.

_____/

Case No. 09-20326

Honorable Nancy G. Edmunds

## ORDER REQUESTING SUPPLEMENTAL INFORMATION

Pending before the Court is Defendant's second emergency motion for compassionate release. (ECF No. 593.) The Court has determined that additional information is needed to resolve this motion. More specifically, the Court notes that while Defendant states he has taken classes while incarcerated and has been a model inmate during the last four to five years, the government avers that Defendant has not undertaken any vocational training and has had two incidents of misconduct. The government has not provided the dates of those incidents or indicated what they may be. And neither party has submitted any documentary evidence to support their assertions regarding Defendant's record.

THEREFORE, IT IS HEREBY ORDERED that the government obtain from the Bureau of Prisons Defendant's educational and disciplinary records and submit those records to the Court within fourteen (14) days of the date of this order.

SO ORDERED.

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: April 19, 2021

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 19, 2021, by electronic and/or ordinary mail.

s/Lisa Bartlett
Case Manager
