UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,                  Case No. 09-20326

v.                                                Honorable Nancy G. Edmunds

CLARENCE HENRY COHEN (D-9),

    Defendant-Petitioner.

_____/

**JUDGMENT**

For the reasons stated in the Court's opinion and order entered this date, Defendant-Petitioner's motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 is DENIED.

SO ORDERED.

                            s/Nancy G. Edmunds
                            Nancy G. Edmunds
                            United States District Judge

Dated: January 8, 2024

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 8, 2024, by electronic and/or ordinary mail.

                            s/Lisa Bartlett
                            Case Manager